GRANT EDDY
Attorney at Law, SBN 40777
26464 Little Page Lane
Ramona, CA 92065
Tel. (760) 789-0500

Attorney for
ISAIAS VILLA

FILED
MAR 09 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
    Plaintiff,                   )   No. 08CR4523-GT
vs.                              )
                                 )
ISAIAS VILLA,                    )
    Defendant.                   )   EX PARTE ORDER
_____)   RE: ARREST REPORT
                                      IN STATE CASE

Upon ex parte application of the attorney for defendant ISAIAS VILLA and good cause appearing

IT IS HEREBY ORDERED that the U.S. Probation Dept. shall make available to defense counsel any copy of an arrest report in their possession where defendant above was a defendant in Orange County Superior Court case no. 08NF0640.

Dated: 3/9/09

Hon Gordon Thompson, Jr.
Judge, U.S. District Court