FILED

MAR 2 5 2009

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   08 CR 4523-GT |
|---|---|---|
| Plaintiff, | ) ) | RECOMMENDATION RE: DEFENDANT HOUSING |
| vs. | ) ) | |
| ISAIAS VILLA, | ) ) | Next court date: 4-23-09          9 am |
| Defendant. | ) ) | Judge Gordon Thompson, Jr. |
| | ) | |

TO THE UNITED STATES MARSHAL:

Upon application of defendant's attorney and

good cause appearing:

THE COURT RECOMMENDS that defendant be

housed in San Diego County during the pendency of

this case.

Dated: 3-25.09

Hon. Gordon Thompson, Jr.
Judge